# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Lawrence Brunn<br>*Defendant(s)* | Case No. 8:25-mj-2532-NHA |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 28, 2025__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2) | Cyber Harassment |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Corey Doster, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: July 14, 2025

*Judge's signature*

City and state: Tampa, FL

HONORABLE NATALIE HIRT ADAMS, U.S.M.J.
*Printed name and title*

## AFFIDAVIT

I, Corey Doster, Special Agent ("SA") of the Federal Bureau of Investigation ("FBI"), being duly sworn, do depose and state the following.

## Introduction

1. I make this affidavit in support of a criminal complaint charging Lawrence Brunn ("BRUNN"), with Cyber Harassment, in violation of 18 U.S.C. § 2261A(2).

2. The information set forth in this affidavit is based upon my own personal knowledge derived from my participation in this investigation; information provided to me by other law enforcement officers; and from the review of reports of interviews, photographs, videos, and evidence recovered in this investigation. Because this affidavit is submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each fact that I learned as a result of this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

## Agent Background

3. I am a Special Agent with the Federal Bureau of Investigation and have been so employed since 2016. I am presently assigned to the Tampa Bay Safe Streets Task Force of the Tampa Division of the FBI, where I am involved in a wide variety of investigative matters, including violations of Federal law relating to criminal enterprises, gangs, violent crimes, and narcotics trafficking. During my time as a

Special Agent with the FBI, I have participated in drug, firearm, and gang investigations as the primary investigator or in a subsidiary role. I am familiar with the procedures, activities, and investigative techniques associated with gang activities, drug trafficking, and firearms offenses.

4.   Based on the investigation described in this affidavit, there is probable cause to believe BRUNN with the intent to harass or intimidate another person, used the mail, any interactive computer service or electronic communication service, or any other facility of interstate or foreign commerce to engage in conduct that placed J.C. in reasonable fear of death or serious bodily injury, in violation of 18 U.S.C. § 2261A(2).

## **PROBABLE CAUSE**

5.   J.C. is currently the Chief Executive Officer at Tampa General Hospital ("TGH"). He has been employed in that role since 2017. J.C. currently lives and works in the Middle District of Florida.

6.   Prior to working at TGH, J.C. was the President and Chief Executive Officer at the Jupiter Medical Center ("JMC"), between 2010 and 2017. BRUNN worked with J.C. at JMC. BRUNN's employment at that hospital ended after he falsely accused JMC's Chief Financial Officer of embezzling funds from JMC. J.C., in his role as President and CEO of JMC, was responsible for terminating BRUNN's employment in 2014.

7.   Following his termination, BRUNN began harassing JMC, ultimately resulting in a lawsuit being filed by JMC against BRUNN. At the conclusion of that

lawsuit in 2020 with a finding in favor of JMC, BRUNN began targeting J.C. with intimidation and threats calling for J.C.'s execution.

8. Since at least 2023, BRUNN has used his own website (www.icanfundtheusa.com), a facility of interstate or foreign commerce, to post intimidating and harassing threats targeting J.C., placing J.C. in fear for his life.

9. Over time, BRUNN's posts have increased in frequency and intensity. His posts have called for J.C.'s execution, frequently referring to his beheading utilizing a guillotine.

10. Many of the posted threats appear in the form of recorded videos, wherein BRUNN's voice can be clearly heard while BRUNN refers to various financial documents purportedly from TGH and other medical entities. J.C. has watched these videos and given his familiarity with BRUNN, knows the voice on the recordings to be that of BRUNN. Additionally, in many of the videos, BRUNN references information only BRUNN himself would be privy too.

11. On April 9, 2025, BRUNN posted on an internet website that J.C. "should have his head chopped off…we should take them out back and chop their heads off." On April 17, 2025, BRUNN posted on the same internet website that "we the people say these MFers deserve the guillotine because they embezzled $152 million from us…you all need to have your heads taken off. You need to donate your heads, OK? It's called a guillotine, OK? You should be scared, not of me, but of we the people. OK?"

the lever on, whoever you pull the lever on, you chop their head off, one bucket for heads, a bigger bucket for bodies."

16. In addition to internet postings, BRUNN has also sent mailings to J.C.'s private residence, as well J.C.'s neighbors' residences, and members of the Board of Trustees of TGH.

17. J.C. is in fear for his life, as well as the lives of his family members. As a result of BRUNN's threats, J.C. has employed full-time security to monitor his residence and transport J.C. to and from work. J.C. no longer feels safe going out in public with his family without security.

## **CONCLUSION**

18. Based on the foregoing facts and opinions, my experience and training, and consultation with other law enforcement agents, I believe that there is probable cause to believe that BRUNN has committed crimes, in violation of 18 U.S.C. § 2261A(2).

_____
SA Corey Doster
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this  14th  day of July, 2025

_____
HONORABLE NATALIE HIRT ADAMS
United States Magistrate Judge

5